FILED
2014 Dec-19 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **TOREY GARTRELL,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | **Civil Action No.** |
| ) | **1:14-cv-1480-VEH-JEO** |
| ) | |
| **JOHN RATHMAN, Warden,** ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM OPINION

In this case, Petitioner Torey Gartrell, a federal prisoner acting *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and the "savings clause" of 28 U.S.C. § 2255(e). (Doc. 1). The magistrate judge has entered a report and recommendation, *see* 28 U.S.C. § 636(b)(1)(B), LR 72.1(b)(3)(A), recommending that the action be dismissed for want of jurisdiction. (Doc. 4). No objections have been filed, and the time allowed for doing so has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED** for lack of jurisdiction. A

separate final order will be entered.

**DONE**, this the 19th day of December, 2014.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge